**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Fidel Penate, individually and on behalf of all employee similarly situated,

                    Plaintiff,

 - against -

Celtic Services NYC Inc., White Star NYC Inc., Kieran Slevin a/k/a Camaron, and Carlos Mendoza,

                    Defendants.

Case No.: 7:21-cv-04863

**<u>JUDGMENT</u>**

On July 22, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, Fidel Penate, has judgment against Defendants Celtic Services NYC Inc., White Star NYC Inc., Kieran Slevin and Carlos Mendoza jointly and severally, in the amount of $110,000.00, (One hundred and Ten Thousand Dollars and Zero Cents) which is inclusive of attorneys' fees and costs.

Dated:_____, 20___                    SO ORDERED

                                        _____